☐ ORIGINAL

FILED

08/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0495

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0495

FILED

AUG 2 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

MATTHEW MARK LAFORGE,

Petitioner,

v.

**ORDER**

D.J. GODFREY, WARDEN,
CROSSROADS CORRECTIONAL CENTER,

Respondent.

---

Matthew Mark LaForge returns to this Court with a petition for a writ of habeas corpus, alleging that he is due credit for elapsed time or that the District Court Judge should have included a reason for the denial of this credit, pursuant to § 46-18-203(7)(b), MCA (2017). That chapter's provisions "apply to any offender whose suspended [] sentence is subject to revocation regardless of the date of the offender's conviction . . . ." Section 46-18-203(12), MCA (2017). 2017 Mont. ch. 391, § 1 (eff. date May 19, 2017). Upon review, we deem it appropriate to require a response to LaForge's Petition. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Matthew Mark LaForge personally.

DATED this 28th day of August, 2024.

_____
Justice